IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :
:
:
v.  :  CRIMINAL NUMBER 10-716-2
:
DANIEL CORTEZ  :
USM# 61796-066  :

FILED
DEC 18 2014
MICHAEL E. KUNZ, Clerk
By_____ O.R Dep.Clerk

AND NOW this 18th day of December, 2014, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 57 months, effective November 1, 2015.

BY THE COURT:

_____
THE HONORABLE JUAN R. SÁNCHEZ
United States District Court Judge